[No. 31196-8-II. Division Two. July 20, 2005.]

Pierce County Recycling, Composting and Disposal, L.L.C., *Appellant*, v. Hebert Construction, Inc., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-06191-1, Ronald E. Culpepper, J., entered December 9, 2003. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 31400-2-II. Division Two. July 20, 2005.]

The State of Washington, *Respondent*, v. Brian Gregory Beaver, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-8-00230-3, Gordon Godfrey, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton and Bridgewater, JJ.

[No. 31816-4-II. Division Two. July 20, 2005.]

The City of Bainbridge Island et al., *Respondents*, v. Annette Brennan et al., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00053-8, Leonard W. Costello, J., entered May 22, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 31823-7-II. Division Two. July 20, 2005.]

The State of Washington, *Respondent*, v. Jason Allen Fair, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02345-2, Stephanie A. Arend, J., entered June 2, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.